■ GREGORY SHOULDERS, Appellant, v KATIE BROWN et al., Respondents. (Appeal No. 2.) [638 NYS2d 374] —Appeal unanimously dismissed without costs. Same Memorandum as in *Shoulders v Brown* (224 AD2d 960 [decided herewith]). (Appeal from Order of Supreme Court, Onondaga County, Elliott, J.—Reargument.) Present—Pine, J. P., Lawton, Wesley, Davis and Boehm, JJ.